HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ., State Bar No. 95411
Two Embarcadero Center, Suite 1800
San Francisco, California  94111-3993
Telephone:  (415) 288-9800
Fax:  (415) 288-9801
Email:  tmf@hassard.com

Attorneys for Defendant
HANGER ORTHOPEDIC GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALVATORE CASALE,<br><br>                    Plaintiff,<br><br>         vs.<br><br>HANGER ORTHOPEDIC GROUP, INC.<br>AND DOES 1-20,<br><br>                    Defendants. | Case No. C06-04792 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF THOMAS M. FRIEDER AS COUNSEL FOR DEFENDANT HANGER ORTHOPEDIC GROUP, INC.** |

Pursuant to Local Rules 7-1(a)(5), 7-12 and 11-5, the parties hereto, defendant Hanger Orthopedic Group, Inc. and plaintiff Salvatore Casale, hereby stipulate as follows:

1. Thomas M. Frieder, of the Law Offices of Hassard Bonnington LLP, is currently counsel of record for defendant Hanger Orthopedic Group, Inc.

2. New counsel, Nancy Walter, Esq. of the Law Offices of Thomas O'Hagan, will be appearing as counsel for defendant Hanger Orthopedic Group, Inc. simultaneously with the withdrawal of Mr. Frieder as counsel of record.

3. Mr. Frieder acknowledges that he has provided reasonable advance notice in writing to his client and to all other parties that he will be withdrawing as

-1-

counsel, his client has consented to the withdrawal of Mr. Frieder and consented to the appearance of Ms. Walter as new counsel.

DATED: September 8, 2006     HASSARD BONNINGTON LLP

By /s/ ThomasM. Frieder_____
    Thomas M. Frieder

Attorney for Defendant
Hanger Orthopedic Group, Inc.

DATED. August ____, 2006     _____
    Stephen Solano

Attorney for Plaintiff
Salvatore Casale

DATED: August ____, 2006     THE LAW OFFICES OF
THOMAS O'HAGAN

By _____
    Nancy Walter

**ORDER**

Pursuant to stipulation, it is so ordered.

DATED: ___9/18_____, 2006     _____
The Ho...
Judge of... Court

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

-2-

CASE NO. C06-04792 MHP
STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF THOMAS M. FRIEDER AS
COUNSEL FOR DEFENDANT HANGER ORTHOPEDIC GROUP, INC.
P:\Wdocs\HBMAIN\03001\00061\00169657.DOC-9706

counsel, his client has consented to the withdrawal of Mr. Frieder and consented to the appearance of Ms. Walter as new counsel.

DATED: August ___, 2006             HASSARD BONNINGTON LLP

                                    By _____
                                       Thomas M. Frieder
                                       Attorney for Defendant
                                       Hanger Orthopedic Group, Inc.

DATED: August 3/, 2006              _____
                                       Stephen Solano
                                       Attorney for Plaintiff
                                       Salvatore Casale

DATED: August ___, 2006             THE LAW OFFICES OF
                                    THOMAS O'HAGAN

                                    By _____
                                       Nancy Walter

### ORDER

Pursuant to stipulation, it is so ordered.

DATED: _____, 2006          _____
                                    The Honorable Marilyn H. Patel
                                    Judge of the United States District Court

-2-

CASE NO. C06-04792 MHP
STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF THOMAS M. FRIEDER AS COUNSEL FOR DEFENDANT HANGER ORTHOPEDIC GROUP, INC.
P:\Wdocs\HBMAIN\03001\00061\00169657.DOC-83106

| | |
|---|---|
| 1 | counsel, his client has consented to the withdrawal of Mr. Frieder and consented to the |
| 2 | appearance of Ms. Walter as new counsel. |

DATED: August ____, 2006        HASSARD BONNINGTON LLP


By _____
   Thomas M. Frieder

Attorney for Defendant
Hanger Orthopedic Group, Inc.

DATED: August ____, 2006        _____
                                Stephen Solano

Attorney for Plaintiff
Salvatore Casale

DATED: August 9/6 ____, 2006    THE LAW OFFICES OF
                                THOMAS O'HAGAN

By _____
   Nancy Walter

### ORDER

Pursuant to stipulation, it is so ordered.

DATED: _____, 2006       _____
                                The Honorable Marilyn H. Patel
                                Judge of the United States District Court

CASE NO. C06-04792 MHP
STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF THOMAS M. FRIEDER AS
COUNSEL FOR DEFENDANT HANGER ORTHOPEDIC GROUP, INC.

P:\Wdocs\HBMAIN\03001\00061\00169657.DOC-83106