STEPHEN SOLANO   (SBN 80692)
Attorney at Law
1119 - 12th Street, Suite 1
Modesto, California  95354
Telephone: (209) 571-2490
Facsimile:  (209) 576-2235

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALVATORE CASALE,<br><br>           Plaintiff,<br><br>vs.<br><br>HANGER ORTHOPEDIC GROUP, INC.<br>AND DOES 1-20,<br><br>           Defendants. | Case No.: C06-04792 MHP<br><br>**STIPULATION AND ORDER FOR JOINDER AND REMAND TO STATE OF CALIFORNIA SUPERIOR COURT, 28 U.S.C. § 1447(c)** |

   Pursuant to Local Rules 7-1(a), 7-12 and 11-5, the parties hereto, plaintiff Salvatore Casale and defendants Hanger Orthopedic Group, Inc. and Howard Davis, hereby stipulate as follows:

   1.   This action was commenced on April 28, 2006 in the Superior Court of Alameda County, State of California.

   2.   Plaintiff by his complaint was a resident of the State of California. Defendant was incorporated under the laws of the State of Delaware and has its principal place of business in Bethesda, Maryland.

4. Plaintiff thereafter discovered the name of the manager of defendant Hanger Orthopedic Group, Inc.'s facility in Livermore, California. Said manager is Howard Davis.

5. Howard Davis is a necessary party to this action and is indispensable for a just resolution as defined in FRCP Rule 19(a).

6. Plaintiff filed a State of California complaint against Howard Davis on August 29, 2006. Said complaint was served on September 22, 2006. True and correct copies of the complaint and proof of service are attached hereon as set forth in full, collectively marked as Exhibit A.

7. Howard Davis is a resident of the State of California and was the only individual who attended to plaintiff and directed him to activities that plaintiff alleges caused his injuries for which his employer, defendant Hanger Orthopedic Group, Inc., was sued in state court.

8. Because the joinder of Howard Davis to this action destroys diversity of citizenship, the parties through their counsel requests the court to permit the joinder and remand the case to state court (28 U.S.C. § 1447(e)) since the federal court would no longer have jurisdiction.

**STIPULATION**

For the reasons cited above, the parties by signatures of their counsel to this stipulation do stipulate and agree:

1. Howard Davis is a resident of the State of California and is joined as a defendant in this action.

2. That Howard Davis is a necessary and indispensable party to this action.

3. That as a result of Howard Davis being a resident of the State of California, diversity jurisdiction is destroyed.

4. That the court remand this cause to the Alameda County Superior Court of the State of California, 1225 Fallon Street, Oakland, California 94612. The clerk of the court is directed to prepare a certified copy of this order and mail it to the clerk of the Superior Court of Alameda County, State of California.

1 | directed to prepare a certified copy of this order and mail it to the clerk of the Superior Court of
2 | Alameda County, State of California.

SO STIPULATED:

Dated: November 6, 2006

LAW OFFICE OF STEPHEN SOLANO

By _____
Stephen Solano
Attorney for Plaintiff
Salvatore Casale

Dated: _____1/21_____, 2006

THE LAW OFFICES OF
THOMAS O'HAGAN

By /s/Nancy Walter
Nancy Walter
Attorney for Defendants
Hanger Orthopedic Group, Inc. and
Howard Davis

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: Nov. 27, 2006

_____
The Hon. Marilyn H. Patel
Judge of the United States District Court

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Marilyn H. Patel]

Stipulation                                        3

**Exhibit A**

982.1(1)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| STEPHEN SOLANO  80692<br>Attorney at Law<br>1119 - 12th Street, Suite 1<br>Modesto, CA 95354<br>TELEPHONE NO.: (209) 571-2490   FAX NO.*(Optional)*: (209) 576-2235<br>E-MAIL ADDRESS *(Optional)*: atty@stephensolano.com<br>ATTORNEY FOR *(Name)*: Salvatore Casale | AUG 2 9 2006<br><br>LAURA LUONG |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME:

PLAINTIFF: SALVATORE CASALE

DEFENDANT: HOWARD DAVIS

[X] DOES 1 TO 20

**COMPLAINT–Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED** *(Number)*:
Type *(check all that apply)*:
[ ] MOTOR VEHICLE     [X] OTHER *(specify)*:
  [ ] Property Damage    [ ] Wrongful Death
  [ ] Personal Injury    [X] Other Damages *(specify)*:
                         Premises Liability

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded [ ] does not exceed $10,000
                  [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER:

RG06286372

1. **Plaintiff** *(name or names)*: SALVATORE CASALE

   alleges causes of action against **defendant** *(name or names)*: HOWARD DAVIS

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

   b. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. January 1, 2006]

Martin Dean's
ESSENTIAL FORMS™

**COMPLAINT–Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Casale, Salvatore

| SHORT TITLE: CASALE V. HOWARD DAVIS | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☒ except defendant (name):
      DOES 1-5
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 6-20 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.  Howard Davis resides in jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

982.1(1) [Rev. January 1, 2006]

Martin Dean's
ESSENTIAL FORMS™

COMPLAINT-Personal Injury, Property Damage, Wrongful Death

Casale, Salvatore

Page 2 of 3

| SHORT TITLE: CASALE V. HOWARD DAVIS | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: August 23, 2006

STEPHEN SOLANO
(TYPE OR PRINT NAME)                    ▶    *(signature)*
                                             (SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) [Rev. January 1, 2006]          **COMPLAINT—Personal Injury, Property**          Page 3 of 3
Martin Dean's                             **Damage, Wrongful Death**
ESSENTIAL FORMS™                                                              Casale, Salvatore

| SHORT TITLE: CASALE V. HOWARD DAVIS | CASE NUMBER: |
|---|---|

___FIRST___  **CAUSE OF ACTION- General Negligence**  Page ___4___
(number)

ATTACHMENT TO ☒ Complaint   ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: SALVATORE CASALE

alleges that defendant *(name)*: HOWARD DAVIS

☒ Does ___1___ to ___20___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: September 28, 2004
at *(place)*: 5880 W. Las Positas Blvd., #31, in the City of Pleasanton, County of Alameda, State of California

*(description of reasons for liability):*
At said time and place, defendant HOWARD DAVIS was the manager and agent of Hanger Orthopedic Group, Inc.'s facility located at 5880 W. Las Positas Boulevard, #31, in the City of Pleasanton, County of Alameda, State of California. On information and belief, defendant HOWARD DAVIS was in control of maintenance of the bars on the wall of the Hanger Orthopedic Group, Inc. facility and had the duty to inspect and insure that the bars on the sides of the walls were free from defect. Further, at said time and place, defendant HOWARD DAVIS assisted plaintiff SALVATORE CASALE with modifications to plaintiff's prosthetic leg and directed plaintiff to grab the metal bar along the wall while adjustments were made to his prosthetic leg. The metal bar was not properly secured to the wall and pulled away from the wall as plaintiff was holding on to it, causing plaintiff to fall, severely injuring his hip and leg.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(3)
Optional Form
Martin Dean's Essential Forms ™

**CAUSE OF ACTION-General Negligence**

CCP 425.12

Casale, Salvatore

| __SECOND__ | CAUSE OF ACTION- Premises Liability | Page __5__ |
|---|---|---|
| (number) | | |

ATTENTION TO [X] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name)*: SALVATORE CASALE
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: September 28, 2004  plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury)*:
At said time and place, defendant HOWARD DAVIS was the manager and agent of Hanger Orthopedic Group, Inc.'s facility located at 5880 W. Las Positas Boulevard, #31, in the City of Pleasanton, County of Alameda, State of California. On information and belief, defendant HOWARD DAVIS was in control of maintenance of the bars on the wall of the Hanger Orthopedic Group, Inc. facility and had the duty to inspect and insure that the bars on the sides of the walls were free from defect. Further, at said time and place, defendant HOWARD DAVIS assisted plaintiff SALVATORE CASALE with modifications to plaintiff's prosthetic leg and directed plaintiff to grab the metal bar along the wall while adjustments were made to his prosthetic leg. The metal bar was not properly secured to the wall and pulled away from the wall as plaintiff was holding on to it, causing plaintiff to fall, severely injuring his hip and leg.

Prem.L-2.  [X] **Count One-Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*:

  [X] Does __1__ to __10__

Prem.L-3.  [ ] **Count Two-Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*:

  [ ] Does _____ to _____
  Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.  [ ] **Count Three-Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names)*:

  [ ] Does _____ to _____
  a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
  b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:

  [X] Does __1__ to __20__
  b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
      [ ] described in attachment Prem.L-5.b  [ ] as follows *(names)*:

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(5)
Optional Form
Martin Dean's Essential Forms ™

**CAUSE OF ACTION-Premises Liability**

CCP 425.12

Casale, Salvatore

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| STEPHEN SOLANO  80692<br>Attorney at Law<br>1119 - 12th Street, Suite 1<br>Modesto, CA 95354<br>TELEPHONE NO.: (209) 571-2490     FAX NO. *(Optional)*: (209) 576-2235<br>E-MAIL ADDRESS *(Optional)*: atty@stephensolano.com<br>ATTORNEY FOR *(Name)*: Salvatore Casale | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA<br>STREET ADDRESS: 1225 Fallon Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Oakland, CA 94612<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: SALVATORE CASALE<br>DEFENDANT/RESPONDENT: HOWARD DAVIS | CASE NUMBER:<br>RG06286372 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)* :

3. a. Party served *(specify name of party as shown on documents served)*:
      HOWARD DAVIS

   b. Person served: [X] party in item 3a    [ ] other *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: 1973 N. TRACY BLVD
   TRACY, CA 95376-2459

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)* : 9-22-06      (2) at *(time)* : 11:30 AM
   b. [ ] **by substituted service.** On *(date)* :      at *(time)* :      I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)* :      from *(city)* :      or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. July 1, 2004]
Martin Dean's Essential Forms TM

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2
Code of Civil Procedure, § 417.10

Casale, Salvatore

| | |
|---|---|
| PLAINTIFF/PETITIONER: SALVATORE CASALE | CASE NUMBER: RG06286372 |
| DEFENDANT/RESPONDENT: HOWARD DAVIS | |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*:                                  (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
       under the following Code of Civil Procedure section:
       ☐ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                              ☐ other:

7. **Person who served papers**
   a. Name: Charles Cahoone
   b. Address: P. O. Box 1421, Hughson, CA 95326
   c. Telephone number: 209-204-9007
   d. **The fee** for service was: $ 75.00
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☒ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
          (i) ☐ owner   ☐ employee   ☐ independent contractor.
          (ii) Registration No.:
          (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: September 22, 2006

CHARLES CAHOONE
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *Charles R Cahoone*
(SIGNATURE)